JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER H. WILLIS, | Case No. CV 14-09581-PSG (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| JAVIER MATA, ET AL, | |
| Defendants. | |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 8/13/15

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE